# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8283

The person charged as Alcaraz, Sergio Pedro now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ____________ District of Arizona ____________ with Supervised Release Violation ____________, in violation of 18 Unites States Code, Section 3606

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 04/01/08

(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 4-1-08

Assistant United States Attorney
JOHN F. WEIS

FILED
APR 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

AO 442 (Rev.5/85-AZ) Warrant for Arrest

United States District Court
District of Arizona

WARRANT FOR ARREST

UNITED STATES OF AMERICA

vs.

Sergio Pedro Alcaraz
Whereabouts Unknown

CASE NUMBER: CR 03-288-01-PHX-EHC

To: The United States Marshal and any Authorized United States Officer or authorized representative:

**YOU ARE HEREBY COMMANDED TO ARREST <u>SERGIO PEDRO ALCAREZ</u>**

and bring him or her forthwith to the nearest magistrate to answer a(n):

()Probation Violation Petition (x) Supervised Release Violation Petition

RICHARD H. WEARE
Name of Issuing Officer

District Court Executive/Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

September 15, 2005, PHOENIX, ARIZONA
Date and Location

Bail fixed at $ ____________________ by____________________

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

P_Prob12.frm
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

United States v. Sergio Pedro Alcaraz — Docket No. 03CR00288-001-PHX-EHC

**Petition to Revoke Supervised Release**

**COMES NOW PROBATION OFFICER** Pascual Linarez presenting an official report on Sergio Pedro Alcaraz who was committed to the Bureau of Prisons on June 16, 2003 by the Honorable Earl H. Carroll presiding in the District Court of Arizona. A 36 month period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on September 3, 2004. In addition to the general terms and conditions adopted by the court in General Order 04-11, the offender was ordered to comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You are prohibited from owning, maintaining or using a firearm.

6. You shall seek and maintain verifiable employment and not change your place of employment or residence without the prior approval of the probation officer.

Sergio Pedro Alcaraz was convicted of importation of less than 50 kilograms of marijuana, in violation of § 21 U.S.C. 952, and 960(b)(4), a Class D felony.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A. **Violation of Special Condition Number 1: You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. Grade C violation. § 7B1.1(a)(3)(B).**

Mr. Alcaraz failed to participate in a program of substance abuse by failing to report for drug testing to the U.S. Probation Office on August 9, 2005.

B. **Violation of Standard Condition Number 2: You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer. Grade C violation. § 7B1.1(a)(3)(B).**

On August 30, 2005, Mr. Alcaraz left the District of Arizona and traveled to Laughlin, Nevada, without the written permission of the Court or the probation officer, as evidenced by Las Vegas Metropolitan Police Department-Laughlin Substation Arrest Report No.: 050829-3279.

C. **Violation of Standard Condition Number 9: You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision. Grade C violation. § 7B1.1(a)(3)(B).**

On August 23, 2005, Mr. Alcaraz used a controlled substance (cocaine), as evidenced by Quest Diagnostics Laboratory Confirmation, Specimen No.: 416907O-2005.

In addition, on August 30, 2005, Mr. Alcaraz was in possession of a controlled substance (methamphetamine), as evidenced by Las Vegas Metropolitan Police Department-Laughlin Substation Arrest Report No.: 050829-3279.

D. **Violation of Standard Condition Number 15 and Special Condition Number 5: You shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. Possession of a firearm will result in mandatory revocation of your term of supervision. Grade C violation. § 7B1.1(a)(3)(B).**

On August 30, 2005, Mr. Alcaraz was in possession of a loaded 45 Caliber handgun, as evidenced by Las Vegas Metropolitan Police Department-Laughlin Substation Arrest Report No.: 050829-3279.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

| | |
|---|---|
| **Pascual Linarez,**<br>**U.S. Probation Officer** | 9/8/05<br>**Date** |

**Reviewed by**

| | |
|---|---|
| **Abelardo R. Colores**<br>**Supervisory U.S. Probation Officer** | 9/8/05<br>**Date** |

**Reviewed by**

| | |
|---|---|
| for **Tim Andrews**<br>**Assistant U.S. Attorney** | 9/12/05<br>**Date** |

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 14 day of September, 2005 and ordered filed and made a part of the records in the above case.

**The Honorable Earl H. Carroll,**
**Senior U.S. District Judge**

I hereby attest and certify on 9/15/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By __________ Deputy

Defense Counsel:

Greg Torok
209 West Second Street
Yuma, AZ 85364
(928) 343-4811